**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:09-po-00041 |
| PLAINTIFF, | : | JUDGE MICHAEL R. MERZ |
| v. | : | |
| KEVIN S. KING | : | |
| | : | |
| DEFENDANT. | | |

## ORDER FOR DESTRUCTION OF EVIDENCE

Good cause having been shown, it is hereby **ORDERED** that the United States' Motion For Destruction of Evidence filed on February 16, 2012 (Doc. #9 ) is granted, and the approximately 1500 DVD's being held as evidence shall be destroyed.

February 16, 2012                                         s/ **Michael R. Merz**
                                                                        United States Magistrate Judge